United States Courts
Southern District of Texas
F I L E D

MAY 1 4 2020

David J. Bradley, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## FOR THE _5th Southern_ DISTRICT OF TEXAS

### _Southern_ DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

**Robert LEE CLARK, Jr.**
PETITIONER
(Full name of Petitioner)

**Terrell Unit 1300 FM 655**
CURRENT PLACE OF CONFINEMENT

vs.

**00664545**
PRISONER ID NUMBER

**T.D.C-J-CID**
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

**0642890 - A**
CASE NUMBER
(Supplied by the District Court Clerk)

---

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, _and_ (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.  Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.  Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.  Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.  Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?** (Check all that apply)

☑    A judgment of conviction or sentence,    (Answer Questions 1-4, 5-12 & 20-25)
      probation or deferred-adjudication probation.

☑    A parole revocation proceeding.       (Answer Questions 1-4, 13-14 & 20-25)

☐    A disciplinary proceeding.         (Answer Questions 1-4, 15-19 & 20-25)

☐    Other:_____   (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.  Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

    _In 177th District Court Harris County_

2.  Date of judgment of conviction: _9-102/1992_

3.  Length of sentence: _25 years_

4.  Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _642890_

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5.     What was your plea? (Check one)    ☐ Not Guilty     ☐ Guilty     ☑ Nolo Contendere

6.     Kind of trial: (Check one)     ☑ Jury       ☐ Judge Only

7.     Did you testify at trial?    ☐ Yes    ☑ No

8.     Did you appeal the judgment of conviction?    ☐ Yes    ☑ No

9.     If you did appeal, in what appellate court did you file your direct appeal? _NONE_

       _____ Cause Number (if known): _____

       What was the result of your direct appeal (affirmed, modified or reversed)?_____

       What was the date of that decision? _NONE_

       If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

       Grounds raised: _NONE_

       _NONE_

       Result: _NONE_

       Date of result: _NONE_     Cause Number (if known): _NONE_

       If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

       Result: _Relief Denied_

       Date of result: _9-7-2018_

10.    Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.    ☑ Yes    ☐ No

11.    If your answer to 10 is "Yes," give the following information:

       Name of court: _177th District Court Harris County_

       Nature of proceeding: _Lost OF Street Time and Good Time_

       Cause number (if known): _0642890-A_

       Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-

         Rev. 09/10

stamped date from the particular court: _____

Grounds raised: *CReditS good Time  Lost of streeT Time · whether Rule of Law changing - Backdateing*

Date of final decision: _____ *9-7-2018* _____

What was the decision? *ReLeaF DenieL* _____

Name of court that issued the final decision: *CRiminal CourT of AppeaL*

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____ *NONE* _____

Nature of proceeding: _____ *NONE* _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: _____ *NONE* _____

Grounds raised: _____ *NONE* _____
_____ *NONE* _____

Date of final decision: _____ *NONE* _____

What was the decision? _____ *NONE* _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition? ☐ Yes ☒ No

   (a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____ *NONE* _____
   _____ *NONE* _____

   (b) Give the date and length of the sentence to be served in the future: _____
   _____ *NONE* _____

   (c) Have you filed, or do you intend to file, any petition attacking the judgment for the

Rev. 09/10

sentence you must serve in the future? ☐ Yes ☑ No

## Parole Revocation:

13. Date and location of your parole revocation: _Foet Bend County Jail_

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☐ Yes ☑ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

## Disciplinary Proceedings:

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon?
    ☐ Yes ☑ No

16. Are you eligible for release on mandatory supervision? ☑ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation:
    _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days? ☐ Yes ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing:
    _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _6 yoaR weeE ADDed To my 25_
    _Yoaes - withoUT open.CoUeT aeE JudqE_
    _This was donE undee The vALation of my DueprOsess_

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?
    ☐ Yes ☑ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _NONE_

    Date of Result: _____

**All petitioners must answer the remaining questions:**

20.　For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A.　**GROUND ONE:** 6 years was Given To The End oF my 25 year. with out open Court or Judge

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

qwhether The sentence can Be Extended past The jugde 25 year He Gave me without a open Court or Judge with out TRAIL or any Function oF Court VALation Due prossess iF so what Authority

B.　**GROUND TWO:** _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Wheater RUlE or LAW ChangE Dueing The Applicant sentence HAve Been Applied Retro Actively or Backdating His status or changing His Time Earning ABiltLy iF so Explain what Authority

Rev. 09/10

C. **GROUND THREE:** _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

D. **GROUND FOUR:** _____

_____

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

21. Relief sought in this petition: Receedit For Lost of Street Time Illegally Tukon Retore my Good Time ceidet ThaT Should Have noT Been Taken

_____

_____

_____

Rev. 09/10

22. Have you previously filed a federal habeas petition attacking the same conviction, parole, revocation or disciplinary proceeding that you are attacking in this petition? ☐ Yes ☒ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

*NONE*

*NONE*

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☒ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition? ☐ Yes ☒ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

*NONE*

*NONE*

*NONE*

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. *NONE*

*NONE*

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: *NONE*

(b) At arraignment and plea: *NONE*

(c) At trial: *NONE*

(d) At sentencing: *NONE*

(e) On appeal: *NONE*

(f) In any post-conviction proceeding: *NONE*

(g)     On appeal from any ruling against you in a post-conviction proceeding: _____

_____ *nONE* _____

**Timeliness of Petition:**

26.     If your judgment of conviction, parole revocation or disciplinary proceeding became final over
        one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. §
        2244(d) does not bar your petition.[1]

*The Time During which properly Filed*
*The Claim ponding should Be counted*
*Toword Any Period oF Time*
*OR Limation*

_____

_____

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. §
2244(d), provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person
        in custody pursuant to the judgment of a State court. The limitation period shall run from the latest
        of –

    (A)     the date on which the judgment became final by the conclusion of direct review or the
        expiration of the time for seeking such review;

    (B)     the date on which the impediment to filing an application created by State action in
        violation of the Constitution or laws of the United States is removed, if the applicant was
        prevented from filing by such State action;

    (C)     the date on which the constitutional right asserted was initially recognized by the Supreme
        Court, if the right has been newly recognized by the Supreme Court and made
        retroactively applicable to cases on collateral review; or

    (D)     the date on which the factual predicate of the claim or claims presented could have been
        discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review
        with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
        limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

_5 - 12 - 20_____ (month, day, year).

Executed (signed) on _5 - 12·20_____ (date).

_Robert Lee Clayfer._____
Signature of Petitioner (required)

Petitioner's current address: _Terrell Unit 1300 FM 655_

_Rosharon Texas 77583_____

entitled to the relief requested. Further, more information is needed to present the Court with the complete series of events and processes used over a number of years to return the applicant to Texas custody. Therefore, without waiving any further argument and authorities, the State believes that additional factual investigation is necessary to determine the merit, if any, of the applicant's second and third claims for relief.

## III.

The State respectfully requests that this Court designate the issues to be resolved as: whether the applicant received the appropriate time credits against his sentence in the primary case and whether any laws are being used retroactively to deny the applicant credits. Furthermore, and to assist the Court with resolving these issues, the State respectfully requests that this Court order the Office of the General Counsel of the Texas Department of Criminal Justice (TDCJ) to obtain and affidavit from the appropriate TDCJ official addressing the applicant's habeas claim. *State's B, pages 6-11 of the writ application presenting claims.*

1. Provide the applicant's current confinement status including any sentences running concurrently or consecutively with the primary case (cause number 0642890), parole and mandatory supervision eligibility, and any future supervision release review dates currently scheduled;

2. Whether the applicant has ever been reviewed for release to parole or mandatory supervision on the sentence in the primary case (cause no. 0642890);

3. Whether the applicant has ever been released to supervision or parole and the dates of any such release;

4. Whether, while on any such supervised release, the applicant was subject to a pre-revocation warrant or any other type of warrant seeking his return to TDC custody (include dates of issue, dates of execution, place of execution);

5. Whether the applicant's supervised release, if any, was ever revoked (include details of the process used to comply with the requirements of notice and any hearing);

6. Whether, if the applicant's supervised release, if any, was revoked, what time credits, work credits, and good time credits were affected and why;

7. Whether the applicant has sought resolution of his time credits dispute through the TDCJ administrative options and received a response (if so, provide the dates, and detail the reasons given the applicant for the decision);

8. Whether the applicant is within 180 days of his presumptive parole date, date of release on mandatory supervision, or date of discharge;

9. Whether the applicant's sentence has been extended past the original twenty-five (25) years imposed by the trial court, and if so, on what basis;

10. Whether rule or law changes during the applicant's sentence have been applied retroactively by backdating his status or changing his time earning ability, if so, explain under what authority this was done; and

Robert Clark # 66415415
1360 Forbss Dze
Rosharon TX 77583
Terrell Unit

United States Courts
Southern District of Texas
F I L E D

MAY 14 2020

David J. Bradley, Clerk of Court

U.S. District Southern
District of Texas
P.O. Box 61010
Houston TX 77208



