Case 4:20-cv-01709 Document 4 Filed on 06/17/20 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Robert Lee Clark, Jr., § | |
|     Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action No. 20-1709 |
| Lorie Davis, § | |
| Director, Texas Department of § | |
| Criminal Justice–Correctional § | |
| Institutions Division, § | |
|     Respondent. | |

## Order to Respond

Petitioner, Robert Lee Clark, Jr., filed his Petition for a Writ of Habeas Corpus (Docket Entry No. 1) on May 14, 2020.

Petitioner is directed to pay the $5.00 filing fee or to file a motion to proceed *in forma pauperis* within 30 days of this Order to Respond. Failure to do so may result in dismissal of the petition without prejudice for failure to prosecute.

On a preliminary examination of the application for a writ of habeas corpus, the court has decided not to dismiss it summarily.

The clerk will send copies of the application and this order by certified mail or electronic means to (a) Lorie Davis, Post Office Box 99, Huntsville, Texas 77342-0099, and (b) Habeas Corpus Division, Attorney General of Texas, Post Office Box 12548, Austin, Texas 78711-2548.

Respondent must move for dismissal or summary judgment or otherwise respond within 60 days from this order.

Respondent shall comply with Rule 5 of the Rules Governing Section 2254 Cases.

Each party must mail to the other party a copy of every paper sent to the court, which must include a certificate of the date it was mailed and to whom. If a party does not send a copy exactly as certified, the court may strike the paper from the record. State court records not attached as exhibits are excepted.

Do not write letters to the judge. All communications must be delivered to the clerk with a full caption and with copies sent to the other parties.

Signed at Houston, Texas on June 17, 2020.

_____
Peter Bray
United State Magistrate Judge