United States Courts
Southern District of Texas
FILED
SEP 15 2020
David J. Bradley, Clerk of Court

Robert CLARK
CASE NUMBER 420CV01709
Notice 20200515-80

I wanted make sure I let you know that m Address Have change

Robert Clark
7506 Touchstone
Houston Texas 77028

Robert Clark
7506 Touchstone
Houston Texas
77028

United States Courts
Southern District of Texas
FILED
SEP 15 2020
David J. Bradley, Clerk of Court

NORTH HOUSTON TX 773
12 SEP 2020 PM 2 L

Clerk of Court
515 Rusk
P.O. Box 61010
Houston Texas
77208

