UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

July 09, 2021

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Robert Lee Clark, Jr., | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-20-1709 |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On June 7, 2021, Magistrate Judge Peter Bray recommended that the court dismiss Robert Lee Clark, Jr.'s petition for writ of habeas corpus. (15) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on July ___9___, 2021, at Houston, Texas.


Lynn N. Hughes
United States District Judge